■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEEK BERRY, Appellant. [850 NYS2d 111]—

Appeal by the defendant from a judgment of the County Court, Nassau County (La Pera, J.), rendered February 6, 2006, convicting him of criminal sexual act in the third degree (two counts) and sexual misconduct (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the County Court failed to ascertain his competency to stand trial is without merit. The court ordered a competency examination pursuant to CPL 730.30 (1), and two psychologists found the defendant fit to stand trial. Relying on the report of the pretrial examination conducted less than two months before the trial began, as well as on its own observations of, and interactions with, the defendant, the court providently exercised its discretion in determining that the defendant was fit to proceed, and was not required, under the circumstances presented, to hold a hearing (see CPL 730.30 [2]; *People v Tortorici,* 92 NY2d 757, 766 [1999], *cert denied* 528 US 834 [1999]) or to order an additional competency examination (*see People v Jones,* 25 AD3d 809, 810 [2006]; *People v Felix,* 2 AD3d 535, 536 [2003]; *People v Farhn,* 300 AD2d 599 [2002]). Rivera, J.P., Skelos, Fisher and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BOEHM, Appellant. [844 NYS2d 885]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered September 15, 2004, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Crane, J.P., Ritter, Fisher, Covello and Dickerson, JJ., concur. [*See* 4 Misc 3d 1019(A), 2004 NY Slip Op 50945(U).]